**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 343 MAL 2021

           Respondent                  :

                                       :    Petition for Allowance of Appeal
                                       :    from the Order of the Superior Court

           v.                         :

                                         :

L.C.,                                       :

           Petitioner                  :

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.